# EXHIBIT B

Junior Volleyball Association
1414 Underwood Ave., Suite 404
Milwaukee, WI 53213
414-640-1738



August 2, 2022

Dear Mr. Sparks,

Please allow this letter to serve as notice of termination of the Partnership Agreement between the Junior Volleyball Association (JVA) and TeamIP effective immediately.

Pursuant to the terms of the Agreement, JVA has provided written notice of material breaches of the Agreement to TeamIP on multiple occasions. Unfortunately, TeamIP failed to cure such breaches within 30 days after being provided written notice of said breaches.

More specifically, TeamIP has breached the following terms of the Partnership Agreement:

- Has failed to manage and maintain the ecommerce store.
- Has failed to set up at JVA events in a timely manner.
- Has failed to procure sufficient merchandise for sale at JVA events, which has negatively impacted revenue.
- Failure to appropriately staff TeamIP employees to load-in and set up at JVA events.
- Has failed to provide an appropriate selection of merchandise for sale at JVA events, which has negatively impacted revenue; and
- Has failed to manage appropriate delivery of merchandise for sale at JVA events, which has negatively impacted revenue.

JVA provided written notice of material breaches that occurred at the World Challenge event to TeamIP on April 27, 2022. JVA provided specific requirements for TeamIP to cure the material breaches prior to the West Coast Cup event, which was scheduled to take place on May 28th. Unfortunately, TeamIP failed to resolve the material breaches within thirty (30) days as required by contract and continued to be in material breach of the terms of the Partnership Agreement at both the West Coast Cup event and Summerfest event.

We appreciated the opportunity to work with TeamIP, however, the ongoing material breaches to the terms of the contract require JVA to move in a different direction and terminate the contract with TeamIP. Effective immediately, TeamIP will no longer be the Exclusive Official Tournament On-site and Online Merchandise Provider of JVA.

Please provide written confirmation of this letter as termination of the Partnership Agreement and the closing of our account and working relationship. If you have any questions, please not hesitate to contact me.

Very Truly Yours,

*Jennifer Hahn*
Jennifer Hahn
JVA Executive Director